# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOSHUA TINSLEY

NO. 2025 KW 0638

**AUGUST 22, 2025**

---

In Re:     Joshua Tinsley, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 01-10-0303.

---

**BEFORE:     THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT DENIED.** The record of the East Baton Rouge Parish Office of the Clerk of Court shows the district court denied the "Motion to Vacate Conviction & Dismiss Prosecution" on May 16, 2023.

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT